## Julius CHIAMULERA v. UNITED STATES.
### No. 9976.

Circuit Court of Appeals, Ninth Circuit.

Nov. 17, 1941.

W. H. Maloney and Philip O'Donnell, both of Butte, Mont., for appellant.

John B. Tansil, U. S. Atty., R. Lewis Brown, and W. D. Murray, all of Butte, Mont., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of appellant, and of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## Thomas J. CONNER, Collector, etc., v. CENTRAL TRUST COMPANY.
### No. 8709.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1941.

Calvin Crawford, of Dayton, Ohio, Frederic W. Johnson, of Cincinnati, Ohio, Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for appellant.

Joseph S. Graydon, Hugh McD. Ritchey, and Maxwell & Ramsey, all of Cincinnati, Ohio, for appellee.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

No reversible error appearing in the record, the judgment of the District Court is affirmed.

## CONSOLIDATED ENGINEERING CO. v. UNITED STATES.
### No. 9980.

Circuit Court of Appeals, Ninth Circuit.

Nov. 24, 1941.

DuPuis & Ferguson, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and Gerald Shucklin, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On motion of appellee, and stipulation of respective parties, ordered appeal herein, D.C., 35 F.Supp. 980, dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.